Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000201
31-JUL-2015
11:05 AM

NO. CAAP-13-0000201

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

REYNOLD T. KAMEKONA, Claimant-Appellee,
v.
CAST & CREW ENTERTAINMENT SERVICES, INC., Employer-Appellant,
and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Insurance Adjuster-Appellant
and
ZURICH AMERICAN INSURANCE COMPANY,
Insurance Carrier-Appellant.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2011-404(K))
(4-10-00557)

ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

The Summary Disposition Order of the Court filed
July 30, 2015, is hereby corrected as follows:

1. At page 5, in the last sentence of the first full
paragraph, change "casually" to "causally" so as corrected that
sentence will read as follows:

> From our review of the record, it was not clearly
> erroneous for the LIRAB to conclude that Kamekona's
> July 17, 2010 injury was causally connected to the
> prior June 30, 2010 injury.

---

[1] Nakamura, C.J., Reifurth and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 31, 2015.

FOR THE COURT:

Associate Judge